*Submitting counsel on signature page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: LYFT, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:26-md-03171-RFL |
| | **STIPULATION OF DISMISSAL** |
| This Document Relates to: | Judge: Rita F. Lin |
| *J.S. v. Lyft, Inc.*, 3:26-md-01272 | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff E.J. and Defendant Lyft, Inc. by their respective undersigned attorneys, that this matter be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice in its entirety with each party to bear its own costs and attorney fees.

Dated: May 5, 2026           */s/ Marlene Goldenberg*

Marlene Goldenberg
Sam Hoefs
NIGH GOLDENBERG RASO & VAUGHN PLLC
14 Ridge Square NW, Third Floor
Washington, DC 20016
Email: mgoldenberg@nighgoldenberg.com
Email: shoefs@nighgoldenberg.com
Phone: (612) 445-0202

Dated: May 5, 2026           */s/ Kristen L. Richer*

Kristen L. Richer (SBN 315883)
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894
kricher@btlaw.com

- 1 -